# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>COREY DEMARCUS JONES,<br><br>Defendant. | No. 17-CR-2051-LRR<br><br>**ORDER** |

## *I. INTRODUCTION AND BACKGROUND*

On May 23, 2018, a two-count Superseding Indictment was filed against Defendant Corey Demarcus Jones.[1] On May 28, 2019, Defendant appeared before United States Magistrate Judge Mark A. Roberts and entered a plea of guilty to Count 10 of the Superseding Indictment. On May 29, 2019, Judge Roberts filed a Report and Recommendation in which he recommended that Defendant's guilty plea be accepted. No objections to Judge Roberts's Report and Recommendation were filed. The court, therefore, undertakes the necessary review of Judge Roberts's recommendation to accept Defendant's plea in this case.

## *II. ANALYSIS*

Pursuant to statute, this court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the

---

[1] The Superseding Indictment consists of a total of ten counts against Defendant Jones and two other co-defendants. *See generally* Superseding Indictment (Docket no. 263). Counts 1 and 10 are the charges against Defendant Jones. *See id*.

> court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Criminal Procedure 59(b) provides for review of a magistrate judge's report and recommendation on dispositive motions, where objections are made, as follows:

> The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions.

Fed. R. Crim. P. 59(b)(3).[2]

In this case, no objections have been filed, and it appears to the court upon review of Judge Roberts's findings and conclusions that there is no ground to reject or modify them. Therefore, the court **ACCEPTS** Judge Roberts's Report and Recommendation of May 29, 2019, and **ACCEPTS** Defendant's plea of guilty in this case to Count 10 of the Superseding Indictment.

**IT IS SO ORDERED**.

**DATED** this 13th day of June, 2019.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[2] *United States v. Cortez-Hernandez*, 673 App'x 587, 590-91 (8th Cir. 2016) (per curiam), suggests that a defendant may have the right to de novo review of a magistrate judge's recommendation to accept a plea of guilty even if no objection is filed. *But see* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). The district judge will undertake de novo review of the Report and Recommendation if a written request for such review is filed within fourteen days after this order is filed.